UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>RAMON SOLOREA-ALVAREZ,<br><br>　　　　　Defendant. | NO. CR-07-2021-EFS-4<br><br>ORDER GRANTING MOTION TO REOPEN DETENTION **(Ct Rec. 50)** GRANTING MOTION FOR EXPEDITED HEARING **(Ct. Rec. 53)** AND DENYING MOTION FOR RELEASE **(Ct Rec. 57)** |

　　　On April 26, 2007, this court held a bail review hearing. James Hagarty, Esq., appeared for the government. Defendant was present with counsel Alex Hernandez, Esq.

　　　The defendant moved to reopen detention and made a motion for an expedited hearing.

　　　The Court **granted** defendant's motion to reopen detention **(Ct Rec. 50)** and **granted** the motion to expedite **(Ct. Rec. 53)**.

　　　Counsel for the defendant moved for the defendant's release stating there are conditions which would assure defendant's appearance as required.

　　　The government argued there are no conditions which justify reconsidering the issue of bail.

　　　The Court found there remains an absence of condition or conditions that could be imposed that would reasonably assure this defendant's presence at trial and further, that the evidence is

ORDER GRANTING MOTION TO REOPEN DETENTION
GRANTING MOTION FOR EXPEDITED HEARING
AND DENYING ORAL MOTION FOR RELEASE - 1

clear and convincing that there are no conditions that could be imposed which would protect community safety.

The Court **denied** defendant's motion for release **(Ct Rec. 57).**

**IT IS SO ORDERED.**

DATED this 26th day of April, 2007.

s/ MICHAEL W. LEAVITT<br>United States Magistrate Judge

ORDER GRANTING MOTION TO REOPEN DETENTION
GRANTING MOTION FOR EXPEDITED HEARING
AND DENYING ORAL MOTION FOR RELEASE - 2